UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY TIFFANY

    Plaintiff,

v.                                    CASE NO.: 8:17-cv-02430-JSM-TGW

AMERICAN HOMEPATIENT, INC. d/b/a
AMERICAN HOME PATIENT

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** LARRY TIFFANY, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, LARRY TIFFANY, and Defendant, AMERICAN HOMEPATIENT, INC., d/b/a AMERICAN HOME PATIENT, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 7th day of June, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                            Respectfully submitted,

                                            */s/Heather H. Jones*
                                            Heather H. Jones, Esq.
                                            Florida Bar No. 0118974
                                            William "Billy" Peerce Howard, Esq.
                                            Florida Bar No. 0103330
                                            THE CONSUMER PROTECTION FIRM, PLLC
                                            4030 Henderson Blvd.
                                            Tampa, FL  33629
                                            Telephone: (813) 500-1500, ext. 205
                                            Facsimile: (813) 435-2369
                                            Heather@TheConsumerProtectionFirm.com
                                            Billy@TheConsumerProtectionFirm.com
                                            *Attorney for Plaintiff*